2152018235

Louis Holger
6515 Mulberry Dr.
Anchorage, Alaska
99504

In the United States District Court
For the District of Alaska
Article III 3:15-00046
In the Native Village of Kotzebue Tribal Court
Second Judicial District at Kotzebue

RECEIVED
FEB 16 2018
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Native Village
of Kotzebue,
Louis Holger,
Claimants.

Vs.

CITY OF KOTZEBUE Inc.,
Nicole Norma Stoops,
Shawn Gilman,
KOTZEBUE POLICE DEPARTMENT Inc.,
Eric Swisher,
Joseph Linger,
Norman Hughes,
Thomas Slease,
KOTZEBUE REGIONAL JAIL Inc.,
Joe Mills-Bain,
ALASKA BAR ASSOCIATION Inc.,
ALASKA COURT SYSTEM Inc.,
Craig F. Stowers,
Daniel E. Winfree,
Peter J. Maassen,
Joel H. Bolger,
Susan M. Carney,
Paul Anthony Roetman,
Aaron Michels,
Romano Dominick DiBenedetto
Respondents.

**Notice and Claim for
Equal Justice Under the Law
Attachments 1, 2.**

Case No:

| Date: | 2/15/2018 |
|---|---|
| Claimants: | Native Village of Kotzebue, Louis Holger. |
| Document Number: | 2152018235 |
| Article III Court of Record | 3:15-00046 |

| Subject: | Kidnapping, human trafficking, aggravated sexual assault on Native Village of Kotzebue, female Tribal Members. |
|---|---|
| Offense | Aggravated sexual assault, kidnapping, human trafficking, abuse of process, constructive fraud, fiduciary fraud, honest service fraud, obstruction of justice, unlawful process of agency. |
| Respondents: | CITY OF KOTZEBUE Inc., Shawn Gilman, Nicole Norma Stoops, KOTZEBUE POLICE DEPARTMENT Inc., Eric Swisher, Joseph Linger, Norman Hughes, Thomas Slease, KOTZEBUE REGIONAL JAIL Inc., Joe Mills-Bain, ALASKA BAR ASSOCIATION Inc., ALASKA COURT SYSTEM Inc., Craig F. Stowers, Daniel E. Winfree, Peter J. Maassen, Joel H. Bolger, Susan M. Carney, Paul Anthony Roetman, Aaron Michels, Romano Dominick DiBenedetto. |
| | |

## NOTICE

## Equality under the Law is paramount, and mandatory by Law

Be you forewarned and conscious of grief; We reserve our right to not be compelled to perform under any contract or commercial agreement that we did not enter knowingly, voluntarily and intentionally. Furthermore, we do not accept the liability of the compelled benefit of any unrevealed contract or commercial agreement.

ALL rulings shall be made in the best interest of justice. If any statutes, codes, ordinances or rules conflict with the best interest of justice the best interest of justice shall prevail. Any potential ruling made that is not made in the best interest of justice is repugnant to the best interest of justice, the United States Constitution, the Alaska State Constitution and the laws of the United States, and the Republic of Alaska, international law, and human rights as well.

## GLOSSARY

**Abuse of Process-**
Any time any agent of the Federal Reserve System, and its board of governors, abuses their authority in an attempt to deprive a Souled Being of their absolute right to due process of law

**Affidavit of Apology and Individual Self Forgiveness-**
A notarised affidavit in admittance of ONE's wrongs, accompanied by and with the appropriate apology filed with this Article III Court of Record. **Note;** An offender in possession of a certified copy of their own Affidavit of Apology and Individual Self Forgiveness automatically acquires the special ability of "Charm Louis Holger, Article III Judge" thus having this Court of Record advocate for the lightest sentence possible at the time of prosecution.

**Agent of the Federal Reserve System and its Board of Governors-**
ALL persons not redeeming lawful money pursuant to title 12 U.S.C 411

**Aggravated sexual assault-**
The routine process of Native Village of Kotzebue female Tribal Members through KOTZEBUE REGIONAL JAIL Inc., KOTZEBUE POLICE DEPARTMENT Inc., et, al. all male dominant task force, and aforementioned all male dominant task force forcing Native Village of Kotzebue female Tribal Members to be strip searched upon being booked into KOTZEBUE REGIONAL JAIL Inc., using threats of physical violence, should they refuse, while openly displaying combat knife, taser, handcuffs, and pepper spray.

**Constructive Fraud-**
An occurrence of circumstances which show that a group's actions give them an unfair advantage over others by unfair means.

**Fiduciary Fraud-**
A breach of trust between financial agents and one or more clients.

**Financial Agent-**
ALL persons working as employees, receiving Federal Reserve Notes as payment and not redeeming lawful money pursuant with title 12 U.S.C 411

**Honest Service Fraud-**
A breach of trust between persons employed in service of others and The ONE receiving the service concerning that principle which requires us to give everyone his due.

**Justice-**
The proper administration of the law; the fair and equitable treatment of all individuals under the law. A title given to certain judges.

**Obstruction of Justice-**
The criminal offense of intentionally hindering or interfering with ONE's God given unalienable rights, as well as the proper administration of law.

**Souled Being-**
An entity not of an artificial consciousness. A being with a spark of the ONE Infinite Creator within it's mind/body/spirit complex

**Unlawful Process of Agency-**

2152018235

The act of a corporate agency processing legal documents in an unlawful manner.

**MAXIMS OF LAW**
**Bouvier's 1856 Law Dictionary**

In default of the law, the maxim rules.

From the words of the law there must be no departure.

It is a fraud to conceal a fraud.

He who does not speak the truth, is a traitor to the truth.

What is good and equal, is the law of laws.

*External actions show internal secrets.*

An alternate petition is not to be heard.

An heir is the same person with his ancestor.

The heir of my heir is my heir.

Reason is a ray of the Divine Light.

*Vitium clerici nocere non debet.*
Clerical errors ought not to hurt.

## NOTICE OF CLAIMS/AFFIDAVIT

COMES NOW Inupiaq Prince Louis Holger "Agviq", son of Inupiaq Princess Lottie Wanda, daughter of Inupiaq Princess Rose, daughter of Inupiaq Chief Ahtungowra of Tikigaq. I AM a World Citizen (attachment 1) and a People of the Republic of Alaska, operating in my official capacity as an Article III Supreme Court Justice for the United States District Court for the District of Alaska (attachment 2) in this Article III Court of Record state the following facts;

1. Native Village of Kotzebue Tribal Members have the right to exorcise tribal sovereign immunity. Tribal sovereign immunity laws can be located on file with Native Village of Kotzebue IRA tribal records, as well as in the library of congress.

2. Every time a Native Village of Kotzebue female Tribal Member was processed through the KOTZEBUE REGIONAL JAIL Inc., for a victimless crime they were kidnapped.
3. There is no female jail staff employed with KOTZEBUE REGIONAL JAIL Inc., nor KOTZEBUE POLICE DEPARTMENT Inc., yet these two corporate entities, and the corrupted financial agents overseeing the administration of these agencies, routinely process, and perform strip searches on, Native Village of Kotzebue female Tribal Members as they are going through the booking process.
4. Aforementioned strip searches of Native Village of Kotzebue female Tribal Members, performed by KOTZEBUE REGIONAL JAIL Inc., KOTZEBUE POLICE DEPARTMENT Inc., all male dominant task force, are done under direct threat of physical violence, and force, while armed with deadly weapons in the form of; combat knife, taser, handcuffs.
5. Eric Swisher is the Chief of Police, and Joseph Linger is his Lieutenant with KOTZEBUE POLICE DEPARTMENT Inc., They are both fully cognizant of these heinous crimes, and have to this date made no effort to stop them therefore they are fully joined in these matters.
6. KOTZEBUE POLICE DEPARTMENT Inc., Sgt Norman Hughes, and Officer Thomas Slease are two of the officers who routinely kidnap, Native Village of Kotzebue female Tribal Members and perform aforementioned strip searches.
7. Joe Mills-Bain is the superintendent of KOTZEBUE REGIONAL JAIL Inc., has full cognizance of these heinous crimes, and has to this date made no effort to stop them therefore they are fully joined in these matters.
8. Paul Anthony Roetman, Romano Dominick DiBenedetto Aaron Michels are both licensed attorneys, unlawfully and fraudulently posing as Magistrate Judge, Superior Court Judge, and Presiding Judge Second Judicial District at Kotzebue, and Nome. They are "community leaders" who not only allow these heinous crimes to take place in the community, but are also directly involved with the crimes as well, due to the fact that aforementioned Native Village of Kotzebue female Tribal Members must go in front of Aaron Michels Romano Dominick DiBenedetto, or Paul Anthony Roetman to be released after being sexually assaulted by KOTZEBUE POLICE DEPARTMENT Inc., KOTZEBUE REGIONAL JAIL Inc., corrupted financial agents.
9. Shawn Gilman is the City Manager of CITY OF KOTZEBUE Inc. He is cognizant of these heinous crimes seeing as how he is ultimately responsible for not hiring female jail staff, and female police officers to perform female jail staff and female police officers duties. Due to this fact, Shawn Gilman is a conspirator, and fully joined in this matter.
10. Nicole Norma Stoops claims to be the "Executive Director" of the Native Village of Kotzebue. She is claiming to be the Chief Tribal Leader. She has full cognizance of the facts listed in this lawsuit, and is a conspirator. Nicole Norma Stoops is fully joined in these matters.
11. Craig F. Stowers, Daniel E. Winfree, Peter J. Maassen, Joel H. Bolger, and Susan M. Carney are ALL licensed attorneys, unlawfully and fraudulently posing as Alaska Supreme Court Justices. They are claiming to

be the Chief Supervisors of Aaron Michels, Romano Dominick DiBenedetto, Paul Anthony Roetman, and every other "Appointed Judge" in Alaska, as well as they are fully cognizant of the facts listed in this lawsuit. Craig F. Stowers, Daniel E. Winfree, Peter J. Maassen, Joel H. Bolger, and Susan M. Carney are conspirators and they are fully joined in these matters.

## CUMULATIVE REGISTER OF ACTS

| ACT | ACTOR | ACTION | CITE |
|---|---|---|---|
| Aggravated sexual assault, kidnapping, human trafficking, abuse of process, constructive fraud, fiduciary fraud, honest service fraud, obstruction of justice, unlawful process of agency. | CITY OF KOTZEBUE Inc., Shawn Gilman, Nicole Norma Stoops, KOTZEBUE POLICE DEPARTMENT Inc., Eric Swisher, Joseph Linger, Norman Hughes, Thomas Slease, KOTZEBUE REGIONAL JAIL Inc., Joe Mills-Bain, ALASKA BAR ASSOCIATION Inc., ALASKA COURT SYSTEM Inc., Paul Anthony Roetman, Aaron Michels, Romano Dominick DiBenedetto, Craig F. Stowers, Daniel E. Winfree, Peter J. Maassen, Joel H. Bolger, and Susan M. Carney. | Having Native Village of Kotzebue female Tribal Members strip searched by an ALL male dominant task force during the booking process at the KOTZEBUE REGIONAL JAIL Inc. | Page 4, 5 |

## DEMAND FOR REDRESS OF GRIEVANCE

We demand $500,000.00 redeemed in Lawful Money, pursuant with 12 USC 411, from Paul Anthony Roetman, Aaron Michels, Romano Dominick DiBenedetto,

Craig F. Stowers, Daniel E. Winfree, Peter J. Maassen, Joel H. Bolger, and Susan M. Carney be paid directly to Native Village of Kotzebue female Tribal Members who he unlawfully processed through ALASKA COURT SYSTEM Inc.

We additionally demand $500,000.00 redeemed in Lawful Money, pursuant with 12 USC 411, from Shawn Gilman, and Nicole Norma Stoops be paid directly to Native Village of Kotzebue female Tribal Members who they oversaw the administration of CITY OF KOTZEBUE Inc. unlawfully processed through CITY OF KOTZEBUE Inc.

We additionally demand $500,000.00 redeemed in Lawful Money, pursuant with 12 USC 411, from Eric Swisher, Joseph Linger, Joe Mills-Bain, Norman Hughes, and Thomas Slease be paid directly to Native Village of Kotzebue female Tribal Members that they processed through KOTZEBUE POLICE DEPARTMENT Inc., and KOTZEBUE REGIONAL JAIL Inc., ALL male dominant task force.

We additionally demand the entirety of CITY OF KOTZEBUE Inc., KOTZEBUE POLICE DEPARTMENT Inc., KOTZEBUE REGIONAL JAIL Inc., ALASKA COURT SYSTEM Inc., and ALASKA BAR ASSOCIATION Inc., be reformed.

We additionally demand CITY OF KOTZEBUE Inc., KOTZEBUE POLICE DEPARTMENT Inc., KOTZEBUE REGIONAL JAIL Inc., ALASKA COURT SYSTEM Inc., and ALASKA BAR ASSOCIATION Inc. immediately terminate ALL contracts with Shawn Gilman, Nicole Norma Stoops, Eric Swisher, Joseph Linger, Norman Hughes, Thomas Slease, Joe Mills-Baine, Paul Anthony Roetman, Aaron Michels, Romano Dominick DiBenedetto, Craig F. Stowers, Daniel E. Winfree, Peter J. Maassen, Joel H. Bolger, and Susan M. Carney.

## ACKNOWLEDGMENT

On this 15th day of February 2018 I; Louis Holger, the undersigned claimant, depose and certify under penalty of perjury that we have spoken the foregoing with intent and understanding of purpose, and believe the contents herein to be true, correct and complete, to the best of my knowledge and belief.

Further claimeth saith not.

2152018235

*Louis Holger* 2/15/2018
Louis Holger          Date
A People of the Republic of Alaska

---

ALL RIGHTS RESERVED – WITHOUT PREJUDICE – NON-ASSUMPSIT

---

## NOTARY PUBLIC

Subscribed and sworn to before me by Louis Holger who has proven to me to be the Live Man on the Land who signed this instrument titled: **NOTICE AND CLAIM FOR EQUAL JUSTICE UNDER THE LAW Attachments 1, 2** with a document number of; 2152018235

on this 15th day of February 2018, in the state known to me as Alaska in the city of Anchorage.

WITNESS my hand and official seal.

_____  _____
Notary Public or other individual    Date
Authorised to administer oaths    My commission expires w/ office

---

FOR OFFICIAL VERIFICATION PURPOSES ONLY

---