# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

NATIVE VILLAGE OF KOTZEBUE
AND LOUIS HOLGER,
        Plaintiff,

Case Number 3:18-cv-00045-SLG

v.

CITY OF KOTZEBUE INC.,
et al.,
        Defendant.       **JUDGMENT IN A CIVIL CASE**

___ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_xx_ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT this action is DISMISSED with prejudice and without leave to amend.

APPROVED:

*s/Sharon L. Gleason*
SHARON L. GLEASON
United States District Judge

Date: March 13, 2018

*NOTE: **Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.***

    Lesley K. Allen
    Lesley K. Allen,
    Clerk of Court

[Jmt2 - Basic - rev. 1-13-16}